AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

VIKING MARINE S.A. v. AGROCORP INTERNATIONAL PTE. LTD.    Case Number: 07-10685 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/5/2007 | *[signature]* |
| Date | Signature |
| | Edward P. Flood — (EPF-5797) |
| | Print Name — Bar Number |
| | 65 West 36th Street, 7th Floor |
| | Address |
| | New York — NY — 10018 |
| | City — State — Zip Code |
| | (212) 594-2400 — (212) 594-4589 |
| | Phone Number — Fax Number |