CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
Agrocorp International Pte. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:   516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VIKING MARINE S.A.,

       Plaintiff,       07 CV 10685 (VM)

 - against -            **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P.**

AGROCORP INTERNATIONAL PTE. LTD.,  **E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND**

       Defendant.       <u>**MARITIME CLAIMS**</u>
-------------------------------------------------------------x

  PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendant, AGROCORP INTERNATIONAL PTE. LTD., to represent said Defendant in the above-entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

  PLEASE TAKE FURTHER NOTICE, that Defendant AGROCORP INTERNATIONAL PTE. LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters its restrictive appearance on behalf of said Defendants pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff VIKING MARINE S.A.

with respect to property, including money, funds and EFT payments, restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter and any other or supplemental garnishees who may restrain the property of Defendant AGROCORP INTERNATIONAL PTE. LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
       December 7, 2007

                                                  CHALOS O'CONNOR & DUFFY, LLP
                                                  Attorneys for Defendant
                                                  AGROCORP INTERNATIONAL PTE. LTD.

By: _____
      Owen F. Duffy (OD-3144)
      George E. Murray (GM-4172)
      366 Main Street
      Port Washington, New York 11050
      Tel:     516-767-3600
      Telefax: 516-767-3605
      Email: ofd@codus-law.com

To:    Via ECF
        Clerk of the Court
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

To:    Via ECF
        LYONS & FLOOD, LLP
        Attorneys for the Plaintiff,
        Viking Marine S.A.
        65 West 36th St., 7th Floor
        New York, NY 10018

        Attn: Jon Werner, Esq.