*M ARKED,*

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
Agrocorp International Pte. Ltd.
366 Main Street
Port Washington, New York 11050
Telephone:    516-767-3600
Telefax:       516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 1-2-08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
VIKING MARINE S.A.,                                 :
                                                    :
                                                    :
                        Plaintiff,                  :        07 CV 10685 (VM)
                                                    :
        - against -                                 :
                                                    :
                                                    :
AGROCORP INTERNATIONAL PTE. LTD.,                   :
                                                    :
                        Defendant.                  :
----------------------------------------------------------------x

### STIPULATION AND ORDER
### DISMISSING ACTION, VACATING PROCESS OF MARITIME
### ATTACHENT AND DIRECTING GARNISHEES TO RELEASE FUNDS

**IT IS HEREBY STIPULATED AND AGREED,** between Plaintiff, Viking

Marine S.A. and Defendant, Agrocorp International Pte. Ltd., that:

- A settlement has been reached between the parties;

- The terms of the settlement provide for the sum of $85,000.00 to be paid to the

  Plaintiff from the money presently under attachment in New York, with the

  balance of funds under restraint to be released to the Defendant;

- The Process of Maritime Attachment issued in this matter be vacated; and,

- This action be dismissed with prejudice, but without costs pursuant to F.R.C.P.

1

Rule 41(a).

| | |
|---|---|
| LYONS & FLOOD, LLP | CHALOS O'CONNOR & DUFFY, LLP |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| VIKING MARINE S.A. | AGROCORP INTERNATIONAL PTE. LTD. |

By: _Jon Werner_                    By: _Owen F. Duffy_

Jon Werner (JW 5000)               Owen F. Duffy (OD-3144)
65 West 36th St., 7th Floor         366 Main Street
New York, NY 10018                  Port Washington, New York 11050
Tel: (212) 594-2400                 Tel: (516) 767-3600
Telefax: (212) 594-4589             Telefax: (516) 767-3605

Dated: New York, New York          Dated: Port Washington, New York
       December 20, 2007                  December 20, 2007

**WHEREAS,** the parties have agreed to settle this matter as stipulated above by counsel for all parties to this action,

**IT IS HEREBY ORDERED** that:

Garnishee, JPMorgan Chase, shall remit the sum of $85,000.00 to an account designated by plaintiff's counsel, the details of said account to be provided to the garnishee by the plaintiff's counsel with the service of this Order;

Garnishee, JPMorgan Chase, shall remit the remainder of the funds restrained in this matter, i.e. $140,520.09, by wire transfer to the IOLA account of the Defendant's counsel, the details of said account to be provided to the garnishee by the plaintiff's counsel with the service of this Order;

Once the garnishee, JP Morgan Chase, has released all of the funds that were restrained in this matter, the Process of Maritime Attachment shall be deemed vacated; and,

**IT IS FURTHER ORDERED** that this action be, and the same hereby is, discontinued with prejudice but without costs.

2

**IT IS FURTHER ORDERED** that counsel for Plaintiff, LYONS & FLOOD,

LLP is to serve a copy of this Order upon each and every garnishee named in this Court's

Order of November 29, 2007 and the Process of Maritime Attachment issued pursuant to

that Order and any other garnishee named in any Processes or Supplemental Processes of

Maritime Attachment issued in the above-captioned matter so that no further property of

the Defendant is restrained.

Dated: New York, New York
      December 2/, 2007

**SO ORDERED**

*The Clerk of Court is directed to close this case.*

Honorable Victor Marrero, U.S.D.J.

3